**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:20-cv-01935-CEM-GJK

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

DANIEL WILLIAMS and STAR MANAGEMENT SERVICES, LLC d/b/a PIRANA GRILLE

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendants, DANIEL WILLIAMS and STAR MANAGEMENT SERVICES, LLC, d/b/a PIRANA GRILLE. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 22nd day of February 2021.

  By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com